IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, *
Plaintiff, *
-vs- *
ANTHONY SILVA, *
Defendant. *

CR 97-103T

MOTION TO CORRECT ERROR OR OMISSION
IN THE SENTENCING PURSUANT TO RULE 36 FED. R.CRIM P.

COMES NOW, Anthony Silva, Pro Se, and hereby respectfully moves this Honorable Court to enter an order correcting the sentence in this case or in the alternative properly add a clarification that would achieve the Court's original sentencing intent, to wit, a *nunc pro tunc* language in the sentence.

For sentencing, this Court stated as follows: "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 151 months, as to count I. As to count II, Defendant is sentenced to 151 months incarceration to be served concurrently with count I. **The Court orders this sentence to commence as of December 12, 1997.** *See* attached Judgment and Commitment Order, @ 3 of 8.

This order has proven difficult for the Bureau of Prisons to execute, as they sought clarification from Ms. Magarete E. Curran of the United States Attorney's Office on how the sentence should be executed being that the Bureau of Prisons Program Statement bars commencing a sentence prior to its imposition.

This sentence was imposed on June 2, 1998, but this Court ordered it commenced on December 12, 1997. The Bureau of Prisons insisted that the sentence is not clear, and that until a clarification is obtained, they will commence the sentence on June 2, 1998. To clarify, this Court's sentencing and original intent of it, there is one term missing which its inclusion would only clarify this Court's sentencing as follows: The defendant is hereby committed to the Custody of the United States Bureau of Prisons to be imprisoned for a total term of 151 months as to count I. As to count II, Defendant is sentenced to 151 months incarceration to be served concurrently with count I. **The Court orders this sentence nunc pro tunc, as of December 12, 1997.**

The correction or clarification of this order is very imperative and needs an expedited action because the Bureau of Prisons is not properly executing this Court's order to defendant's peril, and its requets for clarification was only to the Assistant United States Attorney who has not aided the Bureau of Prisons, nor could she in any event, since she didn't have the power to make such clarification in this matter.

Wherefore, defendant respectfully prays.

Respectfully Submitted:

Anthony Silva, Pro Se
Defendant

## Certificate of Service

I certify that a true and correct copy of the within motion has been sent to the following:

Magarate E. Curran, AUSA
United States Attorney's Office
District of Rhose Island
50 Kennedy Plaza
Fleet Center, 8th Floor
Providence, RI 02903

Respectfully Submitted:

Anthony Silva, Pro Se
Defendant
FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

Dated: 8th day of February, 2006.

/ANT: ANTHONY SILVA

NUMBER: 1:97CR00103-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for otal term of 151 month(s).

o Count I. As to Count II, Defendant is sentenced to 151 months incarceration to be served concurrently with Count I.

e Court orders this sentence to commence as of December 12, 1997.

] The court makes the following recommendations to the Bureau of Prisons:

That defendant be placed in a facility with an intensive drug treatment program

] The defendant is remanded to the custody of the United States Marshal.

] The defendant shall surrender to the United States Marshal for this district:

- [ ] at ______ a.m./p.m. on ______.
- [ ] as notified by the United States Marshal.

] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- [ ] before 2 p.m. on ______.
- [ ] as notified by the United States Marshal.
- [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______

______

______

Defendant delivered on 7-21-98 to FCI Ray Brook

at Ray Brook, NY, with a certified copy of this judgment.

R. Wiley Kaden
UNITED STATES MARSHAL

By Katherine Foster, DE
Deputy U.S. Marshal