UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

Anthony Silva

CR NO. 97-103L

# ORDER

The government's response to the Defendant's motion to correct error or omission in sentence filed on February 13, 2006 is due on March 15, 2006.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 2/14/06

BY Order:

Deputy Clerk