UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 97-103L |
| | : | |
| ANTHONY J. SILVIA | : | |

GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO CORRECT ERROR OR OMISSION IN THE SENTENCING PURSUANT TO RULE 36 FED. R. CRIM P.

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant U.S. Attorney, hereby move the Court to extend the time by which the government must file its response to defendant's motion to correct error or omission in the sentencing pursuant to Rule 36 Fed. R. Crim. P. to March 15, 2006. As grounds for this request, the government states that it must retrieve this file from the National Archives and Records Center in order to complete this response.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 15th day of February, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Extend Time to Respond To Defendant's Motion to Correct Error or Omission in the Sentencing Pursuant to Rule 36 Fed. R. Crim P., to the following:

Anthony Silva, Pro Se
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432

Paula Harvey