FILED

FEB 1 5 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 97-103L
:
ANTHONY J. SILVIA :

GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO CORRECT ERROR OR OMISSION
IN THE SENTENCING PURSUANT TO RULE 36 FED. R. CRIM P.

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant U.S. Attorney, hereby move the Court to extend the time by which the government must file its response to defendant's motion to correct error or omission in the sentencing pursuant to Rule 36 Fed. R. Crim. P. to March 15, 2006. As grounds for this request, the government states that it must retrieve this file from the National Archives and Records Center in order to complete this response.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant U.S. Attorney

Granted: Ronald R. Lagueux
Sr. USDJ 2/16/06