✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ANTHONY SILVA

**APPEARANCE**

Case Number: CR. NO. 97-103L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANTHONY SILVA

I certify that I am admitted to practice in this court.

2/25/2008
Date

Signature

SCOTT A. LUTES
Print Name

3502
Bar Number

ONE TURKS HEAD PLACE, SUITE 1440
Address

PROVIDENCE
City

RI
State

02903
Zip Code

(401) 861-1142
Phone Number

(401) 861-1141
Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset